## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michael Hannah, | Case No.: 2:19-cv-00345-JAD-PAL |
| Plaintiff | |
| v. | **Order** |
| Review Journal et al., | [ECF Nos. 6, 8, 9] |
| Defendants | |

On March 11, 2019, the magistrate judge granted Plaintiff Michael Hannah's application to proceed *in forma pauperis*[1] and directed him to pay a partial filing fee.[2] Shortly after, Hannah filed a motion to inform the court of his indigent status and about his inability to pay the partial filing fee.[3] I deny the motion to inform but direct Hannah to file a new, fully-complete application to proceed *in forma pauperis* demonstrating his indigent status.

Hannah has also filed two motions to amend and has attached "amended complaints."[4] These documents are not fully amended complaints. Instead, these documents appear to be Hannah's way of adding supplemental claims to his original complaint. Because any amended complaint replaces any previously filed amended or original complaints, I deny Hannah's motions to amend as presented.[5] If Hannah desires to file an amended complaint, his amended

---

[1] ECF No. 1 (application).

[2] ECF No. 5 (order).

[3] ECF No. 6 (motion).

[4] ECF Nos. 8, 8-1, 9, 9-1.

[5] *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal).

complaint must contain all claims, defendants, and factual allegations that he wishes to pursue in this lawsuit; I will not piece documents together to determine Hannah's claims. Hannah also must file that amended complaint on this Court's approved prisoner civil-rights form and entitle it "First Amended Complaint."

**Conclusion**

Accordingly, IT IS HEREBY ORDERED that the motion to inform the courts of indigence **[ECF No. 6] is DENIED**.

IT IS FURTHER ORDERED that **Hannah has until May 30, 2019, to either: (1) file a fully complete application to proceed *in forma pauperis* on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the partial filing fee of $8.83** as ordered by the magistrate judge on March 11, 2019. If Hannah fails to timely file an application or pay the partial filing fee, I will dismiss this case without prejudice.

IT IS FURTHER ORDERED that the motions to amend **[ECF Nos. 8, 9] are DENIED** without prejudice to Hannah's ability to file a fully complete amended complaint incorporating his additional claims by May 30, 2019. If Hannah fails to file a first-amended complaint by that date, the operative complaint for screening will be the pleading at ECF No. 1-1 only. If Hannah chooses to file an amended complaint, he must use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to **SEND** to Hannah:

- the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application; and

- the approved form for filing a § 1983 complaint, instructions for the same, and copies of his original complaint and supplements (ECF Nos. 1-1, 8-1, 9-1).

Dated: April 30, 2019


U.S. District Judge