# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Michael Hannah,

    Plaintiff

v.

Sheriff Lombardo, et al.,

    Defendants

Case No.: 2:19-cv-0 345-JAD-BNW

**Order Granting Motion to Voluntarily Dismiss**

ECF Nos. 12, 14, 17

    Based on Plaintiff Michael Hannah's request to voluntarily dismiss this action and good cause appearing, IT IS HEREBY ORDERED that the Plaintiff's Motion to Dismiss **[ECF No. 17] is GRANTED, and this case is dismissed without prejudice.** IT IS FURTHER ORDERED that all other pending motions **[ECF Nos. 12, 14] are DENIED** as moot. The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 29, 2020